IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                                    *     CASE NO. 09-06817
                                          *
CENTRO DIAGNOSTICO Y TRATAMIENTO          *
DR. CAPARROS, INC.                        *     CHAPTER 11
                                          *
        Debtor                            *
*********************************************
```

## MOTION REGARDING DEBTOR'S NAME

TO THE HONORABLE COURT:

Comes now, DEBTOR CENTRO DIAGNOSTICO Y TRATAMIENTO DR. CAPARRO, INC., through the undersigned attorney who respectfully states and prays as follows:

1. The petition for relief under Chapter 11 was filed on August 19, 2009

2. Due to a problem in the program for the preparation of the Voluntary Petition, the full name of the debtor did not fit in the space provided. The name on the Voluntary Petition has been abbreviated and states CDT Dr. Caparros, Inc.

2. The undersigned attorney is filing with the Bankruptcy Court this motion to inform the same and to correct the Voluntary Petition and give notice of the full and correct name of the debtor in possession CENTRO DIAGNOSTICO Y TRATAMIENTO DR. CAPARROS, INC.

**THEREFORE,** it is respectfully requested from this Honorable Court that it take notice of the above stated, and to correct the Voluntary Petition and give notice of the full and correct name of the debtor in possession, which is CENTRO DIAGNOSTICO Y TRATAMIENTO DR. CAPARROS, INC.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following the Offices of the US Trustee.

In San Juan, Puerto Rico, this 19th day of August, 2009.

**S/ FRANCISCO R. MOYA HUFF, ESQ.**
USDC 130111
Banco Popular Bldg., Suite 401
Tetuán #206, Viejo San Juan
San Juan, PR 00901
Phones: (787) 724-2447 / 723-0714
Fax: (787) 725-3685
Email: moyahuff55@prtc.net